UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:23-cv-00467-JLS-DTB                                              Date:  October 31, 2024
Title:  The Elite Group Property Inspection Service Inc. v. Paul Lister et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DEFAULT**

   The Final Pretrial Conference in this matter is currently scheduled for November 8, 2024.  Yet Defendants Michael Speirs, Jennifer Speirs, and InspectItNow LLC (collectively "Defendants")[1] have failed to file a Memorandum of Contentions of Fact and Law as required by Local Rule 16-4 and the Court's Civil Trial Order (Doc. 36).  C.D. Cal. R. 16-4.  Moreover, Defendant InspectItNow LLC's counsel did not sign or participate in the preparation of Plaintiff's Proposed Final Pretrial Conference Order (Doc. 52) as required by Local Rule 16-7.  C.D. Cal. R. 16-7.  Nor did Defendant InspectItNow LLC appear at mediation as required by Local Rule 16-15.5(b).  (See Joint Report on Alternative Dispute Resolution, Doc. 49.)  C.D. Cal. R. 16-15-5(b).

   Accordingly, the Court ORDERS Defendants to show cause, no later than **November 4, 2024**, for their failure to comply with the Court's Civil Trial Order and the Local Rules.  A sufficient response will be Defendants' filing of a Memorandum of Contentions of Fact and Law along with declarations explaining (1) Defendants' failure to file such a Memorandum, (2) Defendant InspectItNow LLC's failure to cooperate with Plaintiff's counsel in the preparation and submission of the Proposed Final Pretrial Conference Order, and (3) Defendant InspectItNow LLC's failure to appear at mediation.

---

[1] The Court notes that the Complaint also names Paul Lister as a defendant, but this action has been automatically stayed as to Lister due to his pending petition for bankruptcy.  (*See* Compl., Doc. 1; Notice of Stay of Proceedings, Doc. 44.)

| **CIVIL MINUTES – GENERAL** | 1 |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:23-cv-00467-JLS-DTB											Date:  October 31, 2024

Title:  The Elite Group Property Inspection Service Inc. v. Paul Lister et al

Failure to timely and adequately respond to this Order may result in sanctions up to and including entry of default in this action.

Initials of Deputy Clerk: kd