UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:23-cv-00467-JLS-DTB                                         Date:  November 01, 2024

Title:  The Elite Group Property Inspection Service Inc. v. Paul Lister et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                       Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

   In light of the proposed consent judgment filed by Plaintiff (Doc. 56), Plaintiff is ORDERED to inform the Court in writing, no later than Monday, **November 4, 2024**, whether it intends to dismiss the entire action upon entry of the consent judgment.

                                                                                  Initials of Deputy Clerk: kd