**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC.,

Plaintiff,

v.

PAUL LISTER, MICHAEL SPEIRS, JENNIFER SPEIRS and INSPECTITNOW LLC, a California limited liability company

Defendants.

MICHAEL SPEIRS

Counter-Plaintiff,

v.

THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC.,

Counter-Defendant.

Case No. 5:23-cv-00467

**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AS TO DEFENDANT INSPECTITNOW LLC**

WHEREAS, this action was commenced on March 17, 2023, by the filing of the Summons and Complaint;

WHEREAS, in the Complaint, Plaintiff THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC. ("**Plaintiff**") seeks damages and equitable relief against defendant INSPECTITNOW LLC ("**Defendant**"), and other defendants for breach of fiduciary duties, violation of the Defend Trade Secrets Act,18 U.S.C. § 1836 *et seq*. ("**DTSA**"), and the California Uniform Trade Secrets Act, Cal. Civ. Code § 3426 ("**CTSA**"), misappropriation of confidential information, tortious interference with employment contracts, unfair competition, breach of contract, and civil conspiracy; and

WHEREAS, Defendant now stipulates and consents to this Consent Judgment and Permanent Injunction Order, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the parties hereto, it is **HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendant.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1), (b)(2), and (c).

3. The Court hereby enters judgment in favor of Plaintiff and against Defendant in the amount of One Hundred Twelve Thousand and Twenty-One

Dollars ($112,021.00).

4. The Court further permanently enjoins Defendant from accessing, using, or disclosing any trade secrets or confidential information of Plaintiff, including specifically any home inspection reports, report templates, or report content belonging to or derived from Plaintiff or Plaintiff's systems. Within ten (10) days of the date of this Order, Defendant is ordered to destroy all home inspection reports, report templates, report content, and any other confidential information that originated or was taken from Plaintiff or Plaintiff's systems.

5. Defendant hereby waives any and all right to an appeal from this Consent Judgment.

6. This Consent Judgment shall be binding upon and shall inure to the benefit of Plaintiff and Defendant and its respective heirs, successors, assigns, and acquiring companies.

7. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

8. Plaintiff and Defendant hereby stipulate to entry of judgment on the terms stated herein.

Dated: December 1, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE