# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL LISTER, MICHAEL SPEIRS, JENNIFER SPEIRS and INSPECTITNOW LLC, a California limited liability company <br><br> Defendants. <br><br> MICHAEL SPEIRS <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC., <br><br> Counter-Defendant. | Case No. 5:23-cv-00467 <br><br> **CONSENT JUDGMENT AS TO DEFENDANTS MICHAEL SPEIRS AND JENNIFER SPEIRS** |

WHEREAS, this action was commenced on March 17, 2023 by the filing of the Summons and Complaint;

WHEREAS, in the Complaint, Plaintiff THE ELITE GROUP PROPERTY INSPECTION SERVICE, INC. ("**Plaintiff**") seeks damages against defendants MICHAEL SPEIRS and JENNIFER SPEIRS ("**Speirs Defendants**"), and other defendants for breach of fiduciary duties, violation of the Defend Trade Secrets Act,18 U.S.C. § 1836 *et seq.* ("DTSA"), and the California Uniform Trade Secrets Act, Cal. Civ. Code § 3426 ("CTSA"), misappropriation of confidential information, tortious interference with employment contracts, unfair competition, breach of contract, and civil conspiracy; and

WHEREAS, Speirs Defendants now stipulate and consent to this Consent Judgment, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the parties hereto, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over each of the Speirs Defendants.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1), (b)(2), and (c).

3. The Court hereby enters judgment in favor of Plaintiff and against Speirs Defendants, jointly and severally, in the amount of Twenty-Five Thousand Dollars ($25,000).

4. The Court further enters judgment enjoining Speirs Defendants from accessing, using, or disclosing any trade secrets of Plaintiff, including specifically any home inspection reports, report templates, or report content belonging to or derived from Plaintiff.

5. Speirs Defendants hereby waive any and all right to an appeal from this Consent Judgment.

6. This Consent Judgment shall be binding upon and shall inure to the benefit of Plaintiff and Speirs Defendants and their respective heirs, successors, assigns, and acquiring companies.

7. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

8. Plaintiff and Speirs Defendants hereby stipulate to entry of judgment on the terms stated herein.

Dated: December 1, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE